IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GAITHER JEROME HARRIS,<br><br>   Plaintiff<br>  VS.<br><br>MS. McKINLEY, *et al.*,<br><br>   Defendants | NO. 5:06-CV-238 (HL)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

# RECOMMENDATION OF DISMISSAL

Plaintiff GAITHER JEROME HARRIS has been heretofore ordered to RECAST his complaint to provide specific information about his many allegations against many individuals. On November 10, 2009, the undersigned gave him one more opportunity to comply with the court's very specific instructions about the information needed in order for his claims to be prosecuted. Tab #23. Since that time, plaintiff HARRIS has filed three additional motions to amend but has utterly failed to comply with the court's November 10th order by specifying his claims in the manner directed. Because of plaintiff's refusal to comply with the court's order, NO SERVICE HAS YET BEEN ORDERED UPON ANY DEFENDANT and the frivolity review has been seriously delayed. Plaintiff's case as presented had become completely unmanageable.

Accordingly, IT IS RECOMMENDED that the within complaint be DISMISSED and that any and all pending motions filed by him be DENIED. Pursuant to 28 U.S.C. §636(b)(1), he may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 16th day of JANUARY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE