IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GAITHER JEROME HARRIS,** : | |
| : | |
| Plaintiff, : | |
| : | **Civil Action No.** |
| v. : | **5:08-cv-238 (CAR)** |
| : | |
| **WARDEN BARROWS, et al.,** : | |
| : | |
| Defendants. : | |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 35] that the present action be **DISMISSED** and that any and all pending motions filed by Plaintiff be **DENIED**. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. This cases is hereby **DISMISSED** without prejudice.

SO ORDERED, this 6th day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr